IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-cv-00573-RBJ-KMT

DONALD THORNTON, individually and as Personal Representative of the
ESTATE OF JEAN THORNTON, and on behalf of all others similarly situated,

    Plaintiff,

v.

DAVITA HEALTHCARE PARTNERS, INC.,

    Defendant.

**ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE RELATED ACTIONS**

Having considered Donald Thornton's Motion for Consolidation (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    Pursuant to Rule 42(a), the related actions *Nunez v. DaVita Healthcare Partners, Inc.,* No. 1:13-cv-00574, *Young v. DaVita Healthcare Partners, Inc.,* No. 1:13-cv-00576, *Moreno v. DaVita Healthcare Partners, Inc.,* No. 1:13-cv-00579 are consolidated and all future filings shall be made on this docket (*Thornton v. Davita Healthcare Partners, Inc.*, No. 13-cv-00573-RBJ);

3.    The order referring case 13-cv-00576 to Magistrate Judge Craig B. Shaffer is VACATED. The Court will refer the consolidated cases to Magistrate Judge Kathleen M. Tafoya as she was the first magistrate judge to be assigned in these matters.

IT IS SO ORDERED.

DATED: April 10, 2013

_____
THE HON. R. BROOKE JACKSON
UNITED STATES DISTRICT JUDGE